# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| IDARIUS COLE, | ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 4:17-cv-01635-LSC-SGC |
| CHRISTOPHER A. MCLAURIN, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report on May 27, 2020, recommending the defendant's special report be treated as a motion for summary judgment and, thus construed, the motion be granted in part and denied in part. (Doc. 43). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the motion is **GRANTED** as to the plaintiff's official capacity claim seeking monetary relief from the sole remaining

defendant, Christopher A. McLaurin, and **DENIED** in all other respects. This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** AND **ORDERED** ON JUNE 30, 2020.

                                             _____
                                                        L. SCOTT COOGLER
                                                  UNITED STATES DISTRICT JUDGE
                                                                                          160704